

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2014

No. 04-14-00693-CV

**IN RE SELECT ENERGY SERVICES, LLC**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice
     Luz Elena D. Chapa, Justice

On October 6, 2014, relator filed a petition for writ of mandamus and a motion for emergency temporary stay of the trial court's order pending resolution of the mandamus petition. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and relator's motion for emergency temporary stay are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 8th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2014.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013-CI-13660, styled *Maria Escobedo and Concepcion Escobedo v. Select Energy Services, LLC; Paccar, Inc. d/b/a Peterbilt Motors Company; and Charles Harter*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.